IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, GSAMP TRUST 2006-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM2,** <br>　　　　**Plaintiff,** <br>v. <br>**RACHELLE BALLESTEROS, et al.,** <br>　　　　**Defendants.** | Case No: 12-cv-4346 <br><br> Judge: Amy J. St. Eve |

## PLAINTIFF'S MOTION FOR JUDGMENT OF FORECLOSURE

NOW COMES Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, GSAMP TRUST 2006-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM2, by and through its attorney, Megan Christine Adams, requests the Court enter a Judgment of Foreclosure. In support thereof, Plaintiff states as follows:

1. On December 3, 2012 the Court granted Summary Judgment as to Rachelle and Victor Ballesteros but denied the Motion as to Defendant MERS because Plaintiff did not present evidence as to MERS.

2. On December 12, 2012 the Court entered an Order of Default against MERS.

3. For reasons unknown, a Judgment of Foreclosure was not entered.

4. Plaintiff needs this Judgment of Foreclosure to proceed with the sale of this Property.

WHEREFORE, Plaintiff respectfully requests the Court enter a Judgment of Foreclosure consistent with the Affidavits on the record [ECF# 12-2, 13-4]. Plaintiff will provide a proposed order reflecting these amounts.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Megan Christine Adams*

Potestivo & Associates
Megan Adams (ARDC#6312221)
223 W Jackson Blvd., suite 610
Chicago, IL 60606
madams@potestivolaw.com